Deborah A. Ferguson, ISB No. 5333
Ferguson Durham, PLLC
202 N. 9th Street, Suite 401 C
Boise, Idaho 83702
Tel.: (208) 484-2253
d@fergusonlawmediation.com

Craig Harrison Durham, ISB No. 6428
Ferguson Durham, PLLC
 910 W. Main St., Suite 328
Boise, ID 83702
Tel.: (208) 345-5183
craig@chdlawoffice.com

Shannon P. Minter
Christopher F. Stoll
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
sminter@nclrights.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MADELYNN LEE TAYLOR,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID E. BRAUSELL, as Administrator of the Idaho Division of Veterans Services, in his official capacity,<br><br>        Defendant. | Case No. 14-cv-00273- REB<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Plaintiff Madelynn Lee Taylor, by and through the undersigned counsel, and moves the Court for an order granting summary judgment in Plaintiffs' favor and against Defendant on all counts in Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief. There is no genuine dispute as to any material fact, and Plaintiff is entitled to judgment as a matter of law on all claims raised in her Amended Complaint. Plaintiff accordingly requests that the Court enter judgment as follows:

A. Directing Defendant David E. Brasuell, as Administrator of the Idaho Division of Veterans Services, in his official capacity, upon Plaintiff's death, to inter her remains with her deceased spouse's remains together in a columbarium niche at the Idaho State Veterans Cemetery;

B. The injunctive relief requested in this action is sought against Defendant; against Defendant's officers, employees, and agents; and against all persons acting in active concert or participation with Defendant, or under Defendant's supervision, direction, or control; and

C. Awarding Plaintiff her costs, expenses, and reasonable attorneys' fees pursuant to, *inter alia*, 42 U.S.C. § 1988 and other applicable laws;

D. Granting such other and further relief as the Court deems just and proper.

This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure. A Memorandum in Support of Plaintiffs' Motion for Summary Judgment is filed concurrently, along with the Declaration of Madelynn Lee Taylor and Plaintiff's Statement of Unopposed Materials Facts in Support of Summary Judgment.

DATED this 28th day of October 2014.

                                                             _____/s/_____
Deborah A. Ferguson, ISB No. 5333
Craig Harrison Durham, ISB No. 6428
Ferguson Durham, PLLC

Shannon P. Minter (pro hac vice)
Christopher F. Stoll (pro hac vice)
National Center for Lesbian Rights

Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October 2014, I filed the foregoing: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, a MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, the DECLARATION OF MADELYNN LEE TAYLOR and PLAINTIFF'S STATEMENT OF UNOPPOSED MATERIAL FACTS electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorney for Defendant

W. Scott Zanzig
scott.zanzig@ag.idaho.gov

_____/s/_____
Deborah A. Ferguson